IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TONY GREGORY AMADOR ORTIZ, Defendant. | CR 19–34–M–DLC ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on October 8, 2019. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Tony Gregory Amador Ortiz's guilty plea after Ortiz appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession

1

with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) (Count II), as set forth in the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 32), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Tony Gregory Amador Ortiz's motion to change plea (Doc. 25) is GRANTED and Tony Gregory Amador Ortiz is adjudged guilty as charged in the Indictment.

DATED this 24th day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court