IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 22 2020
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–34–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TONY GREGORY AMADOR ORTIZ, | |
| Defendant. | |

Before the Court is Defendant Tony Gregory Amador Ortiz's Unopposed Motion to Submit Defendant's Letters in Aid of Sentencing Past Due.

IT IS ORDERED that the motion (Doc. 38) is GRANTED.

DATED this 22nd day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court

1